*230
 
 Tayuor, Chief-Justice,
 

 delivered the opinion of the Court:
 

 After repeating thé words of the statute, he proceeded to state, that the certificate is intended exclusively for the benefit of the Defendant, to enable him to ascertain whether a person, whom he is about to remove, has advertised according to law. If he can assure himself of that fact, and chuses to run the risk of proving it by other evidence, he may do so j and it is of no importance at what time the certificate issues, or whether it ever issues. If he can satisfy the Jury at the trial, that the party did advertise according to law, the substantial provisions of the act will be complied with. It seems also to be the clear intent of the act, that the justice’s house shall be deemed a public place, within the object of the law; and any other public place on the premises of the justice, which he may direct, must equally be considered so, because the debtor could exercise no control over the justice who was, to a certain degree, in the performance of a judicial act. The charge of the Court appears to have been perfectly correct.
 

 . Nothing was said upon the last point taken in the argument : but
 

 By the WHOiE Court, the judgment was affirmed.